CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, SBN 166317
Amanda Lockhart Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

CLAUDIA Y. ARZAGA (SBN: 270295)
Claudia.arzagalaw.@gmail.com
THE ARZAGA LAW FIRM
1620 5th Avenue, Suite 325
San Diego, CA 91910
Telephone: (619)354-3000
Facsimile: (619)924-7715
Attorney for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer,<br><br>        Plaintiff,<br><br>   v.<br><br>Ricardo Diaz; Graciela S. Diaz; Senor Pancho College, Inc.; and Does 1-10,<br><br>        Defendants. | Case No.: 3:20-cv-00519-W-BGS<br><br>**JOINT NOTICE OF SETTLEMENT** |

The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Motion for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

| | |
|---|---|
| Dated: August 7, 2020 | CENTER FOR DISABILITY ACCESS |
| | By: /s/Amanda Lockhart Seabock |
| | Amanda Lockhart Seabock |
| | Attorneys for Plaintiff |
| Dated: August 7, 2020 | THE ARZAGA LAW FIRM |
| | By: /s/Claudia Y. Arzaga |
| | Claudia Y. Arzaga |
| | Attorneys for Defendants |

### **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Claudia Y. Arzaga and that I have obtained Ms. Arzaga's authorization to affix her electronic signature to this document.

| | |
|---|---|
| Dated: August 7, 2020 | CENTER FOR DISABILITY ACCESS |
| | By: /s/Amanda Lockhart Seabock |
| | Amanda Lockhart Seabock |
| | Attorneys for Plaintiff |