|   |   |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Ray Ballister Jr., Esq., SBN 111282 |
|   | Russell Handy, Esq., SBN 195058 |
| 3 | Dennis Price, Esq., SBN 279082 |
| 4 | Amanda Seabock, Esq., SBN 289900 |
|   | 8033 Linda Vista Road, Suite 200 |
| 5 | San Diego, CA 92111 |
| 6 | (858) 375-7385 |
|   | (888) 422-5191 fax |
| 7 | amandas@potterhandy.com |
| 8 | Attorneys for Plaintiff |

CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Claudia Y. Arzaga, SBN 270295
THE ARZAGA LAW FIRM
1620 5TH Avenue, Suite 325
San Diego, CA 91910
Phone (619) 354-3000
Fax (619) 924-7715
Claudia.ArzagaLaw@gmail.com
Attorneys for Defendants
Ricardo Diaz; Graciela S. Diaz; Senor Pancho College, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CHRIS LANGER, | Case: 3:20-cv-00519-W-BGS |
|---|---|
| Plaintiff, | |
| v. | **JOINT MOTION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)** |
| RICARDO DIAZ; GRACIELA S. DIAZ SENOR PANCHO COLLEGE INC., a California Corporation; and Does 1-10, | |
| Defendants. | |

Pursuant to F.R.CIV.P. 41 (a)(1), the parties hereby apply to the court that this action may be dismissed with prejudice as to all parties; each

1

party to bear his/her/its own attorneys' fees and costs. This motion is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 14, 2020     CENTER FOR DISABILITY ACCESS

                              By:     /s/ Amanda Seabock
                                      Amanda Seabock
                                      Attorneys for Plaintiff

Dated: September 14, 2020     THE ARZAGA LAW FIRM

                              By:     /s/ Claudia Y. Arzaga
                                      Claudia Y. Arzaga
                                      Attorneys for Defendants
                                      Ricardo Diaz; Graciela S. Diaz;
                                      Senor Pancho College, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Claudia Y. Arzaga, counsel for Ricardo Diaz; Graciela S. Diaz; Senor Pancho College, Inc., and that I have obtained authorization to affix her electronic signature to this document.

Dated: September 14, 2020        CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　　　 By:      /s/ Amanda Seabock
　　　　　　　　　　　　　　　　　　　   Amanda Seabock
　　　　　　　　　　　　　　　　　　　   Attorneys for Plaintiff