# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>                  Plaintiff,<br><br>v.<br><br>RICARDO DIAZ, et al.,<br><br>                  Defendants. | Case No.: 20-CV-0519 W (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 14]** |

Pending before the Court is a joint motion to dismiss this action with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 14] and **ORDERS** the case **DISMISSED WITH PREJUDICE**, each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: September 15, 2020

_____
Hon. Thomas J. Whelan
United States District Judge